FILED
CLERK
1/8/2018 5:00 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EDUARDO D. PEREZ,

                      Plaintiff,

     -against-

LIVE NATION ENTERTAINMENT,

                      Defendant.
----------------------------------------------------------X

**ORDER**
17-CV-6925(JMA)(SIL)

**AZRACK, District Judge:**

      On November 28, 2017, *pro se* plaintiff Eduardo D. Perez commenced this action against Live Nation Entertainment ("Defendant") pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 ("Title VII") alleging discrimination and retaliation in employment. Accompanying the complaint is an application to proceed *in forma pauperis*. Upon review of the declaration accompanying plaintiff's application to proceed *in forma pauperis*, the Court finds that plaintiff's financial status qualifies him to commence this action without prepayment of the filing fee. See 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is GRANTED.

      IT IS HEREBY ORDERED that plaintiff is granted leave to file the complaint without prepayment of the filing fee or security; and

      IT IS FURTHER ORDERED that the Clerk of Court must forward to the United States Marshal Service for the Eastern District of New York copies of plaintiff's summons, complaint and this Order for service upon the Defendant without prepayment of fees; and

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this Order to the plaintiff.

**SO ORDERED.**

Dated:   January 8, 2018
           Central Islip, New York

                                                                                                        /s/ (JMA)
                                                                                                        Joan M. Azrack
                                                                                                        United States District Judge